United States District Court
Southern District of Texas

**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| LAURA CERNA RAMIREZ and | § | |
| KIMBERLEY RAMIREZ | § | |
| INDIVIDUALLY AND A/N/F OF A.C. | § | |
| AND R.C., | § | |
|     Plaintiffs, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-00027 |
| | § | |
| SILVERIO LOPEZ MALDONADO and | § | |
| TRANSPORTES DE CARGA FEMA | § | |
| S.A. DE C.V., | § | |
|     Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Memorandum in Support of Approval of Minor Settlement and for Disbursement of Funds. (Dkt. No. 32). After the United States Magistrate Judge held a hearing, he issued a Report and Recommendation. (Min. Entry Apr. 7, 2026; Dkt. No. 31). The Report recommends two dispositions:

1. The Court should approve the proposed settlement as it pertains to minor Plaintiff A.C.; and

2. The Court should approve the proposed settlement as it pertains to minor Plaintiff R.C.

(Dkt. No. 31 at 1). Additionally, the parties waived their right to object to the Report and Recommendation. (Min. Entry Apr. 7, 2026; Dkt. No. 31 at 5).

Having reviewed the memorandum, the proposed settlement agreement, and the Report, the Court **FINDS** that the Magistrate Judge's findings of fact and conclusions of law are correct and **ADOPTS** the Report's recommendations, (Dkt. No. 31). The Court **GRANTS** Plaintiff's Memorandum in Support of Approval of Minor Settlement and for Disbursement of Funds, (Dkt. No. 32) and **APPROVES** the proposed settlement agreement as it pertains to Minor Plaintiffs A.C. and R.C. The Court further **DISCHARGES** Roderick Lopez from his duties as guardian ad litem in this case. Finally, the Court **ORDERS** that Defendants pay Mr. Lopez the amount of $2,500.00, to be assessed as taxable costs of court against Defendants.

1

It is so **ORDERED**.

**SIGNED** on May 14, 2026.

John A. Kazen
United States District Judge